UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br>*an Indenture Trustee for the Arch Bay*<br>*Asset-Backed Securities Trust 2010-1*,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE A. LANE,<br>*also known as* Katherine Lane, *et al.*,<br><br>Defendants. | Case No. 10-cv-1013-JPG-PMF |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Wells Fargo Bank, N.A.'s Motion to Voluntarily Dismiss (Doc. 17) without prejudice. Defendant United States of America does not object to the terms of said motion, Doc. 18, and none of the other Defendants have appeared in this litigation.

Being fully advised of the premises, especially the uncontested nature of the instant motion and the spirit of Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2), the Court **GRANTS** the instant motion (Doc. 17), whereby the Court **DISMISSES** all Defendants and this case **without prejudice**. Further, the Court **DENIES as moot** the pending Motion for Sanctions (Dco. 14). Finally, the Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**Dated: July 25, 2011**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**