UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

WELLS FARGO BANK, N.A., )
*an Indenture Trustee for the Arch Bay* )
*Asset-Backed Securities Trust 2010-1,* )
  )
        Plaintiff, )
  )
    v. )    Case No. 10-cv-1013-JPG-PMF
  )
KATHERINE A. LANE, )
*also known as* Katherine Lane, *et al.*, )
  )
        Defendants. )

## JUDGMENT

    This matter having come before the Court, and the Court having granted Plaintiff Wells

Fargo Bank, N.A.'s Motion to Voluntarily Dismiss (Doc. 17),

    IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without

prejudice.

                        **NANCY J. ROSENSTENGEL**

                        **S/Deborah Agans, Deputy Clerk**

**Dated: July 25, 2011**

**Approved:**   <u>s/ J. Phil Gilbert</u>
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**